**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Alemnis Sigfrido Lopez Crawford,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents. | Case No. 2:26-cv-02600-APG-BNW<br>**Order Dismissing and Closing Duplicative Proceeding** |

Petitioner Alemnis Sigfrido Lopez Crawford, an immigration detainee who is challenging his ongoing federal detention at Henderson Detention Center, has filed a *pro se* petition for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1-1. The petitioner neither paid the $5 filing fee nor applied for in forma pauperis status. *See* ECF No. 1. The petitioner states he's been detained since March 12, 2026, and the immigration court denied him bond on March 23 and July 6, 2026. ECF No. 1-2 at 6–7. I cannot determine under what statutory authority the petitioner is detained or what constitutional claims he may have. The petitioner also filed an earlier, counseled § 2241 federal habeas petition challenging his immigration detention in which he was granted relief in part, and his attorney moved to enforce the writ after the July 6 bond hearing. *Crawford v. Blanche*, Case No. 2:26-cv-01552-CDS-BNW (D. Nev.) , ECF Nos. 1, 14, 16. Because the petition in this case is substantially identical to the petition and motion filed in the 01552 case, I find this is an independent basis to dismiss this case without prejudice and without leave to amend. *Cf. Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (explaining that district courts are empowered to dismiss a civil complaint that merely repeats pending or previously litigated claims).

I THEREFORE ORDER that the petitioner's duplicative habeas proceeding is **DISMISSED without prejudice** to his ability to pursue relief in his earlier filed habeas proceeding styled *Crawford v. Blanche*, Case No. 2:26-cv-01552-CDS-BNW, and the petition (ECF No. 1-1) is **DENIED**.

The Clerk of Court is directed to send a courtesy copy of the petition (ECF No. 1-1) and this order to the petitioner's counsel (Sylvia L. Esparza) in Case No. 2:26-cv-01552-CDS-BNW via the CM/ECF system.

The Clerk of Court is further directed to close this case.

Dated: August 21, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE